# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MICHAEL M. MILLER**                                                                **PETITIONER**
*Reg #44189-509*

v.                               **CASE NO. 2:23-CV-00234-BSM**

**C. GARRETT**
*Warden*                                                                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Michael Miller's petition for a writ of habeas corpus, *see* Doc. No. 1, is denied and dismissed without prejudice. Furthermore, a certificate of appealability is denied.

IT IS SO ORDERED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE