IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL M. MILLER**  **PETITIONER**
*Reg #44189-509*

v.                          CASE NO. 2:23-CV-00234-BSM

**C. GARRETT**
*Warden*                                                      **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE